UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUZZ 4 US, INC et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00517-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　　On March 27, 2023, Plaintiff filed proof that Defendant Buzz 4 Us, Inc. was served on March 21, 2023.  Dkt. No. 13.  A responsive pleading as to this Defendant was due on April 11, 2023.  None has been filed and Plaintiff has not sought entry of default or default judgment as to Defendant Buzz 4 Us, Inc.  Plaintiff is ordered to show cause, in writing, no later than April 21, 2023, why this action should not be dismissed for lack of prosecution.

　　　The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: April 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1